# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. McCARVEY, | Case No. CV 09-00125-PSG (JEM) |
| Petitioner, | JUDGMENT |
| v. | |
| MICHAEL McDONALD, Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED THAT the petition for writ of habeas corpus is denied and dismissed with prejudice.

DATED: **1/4/10**

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE